7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Peggy Sue Newton
*Debtor*

*Bankruptcy Case No.*
10–30857–jwv7

**Diane Pine**
    Plaintiff(s)

*Adversary Case No.*
10–03036–jwv

v.

**Peggy S. Newton**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Peggy Newtons discharge of debt to Diane Pine is denied pursuant to 11 U.S.C. 11 U.S.C. §§ 523(a)(2), (4) and (6) in the amount of One Hundred Fifty Thousand Dollars ($150,000.00). Ordered, judgment is entered in favor of Diane Pine and against Peggy Newton in the sum of One Hundred Fifty Thousand Dollars ($150,000.00).

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
Deputy Clerk



Date of issuance: 8/30/12

Court to serve